UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-00319-RJC

| | |
|---|---|
| WESLEY LEON BURTON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*. It appears that Plaintiff filed this action on September 28, 2016. (Doc. No. 1). While summons was issued to Defendant, it was never returned executed. The Court hereby orders Plaintiff if he wants to continue to prosecute this claim to reattempt service on Defendant.

Signed: August 29, 2018

_____
Robert J. Conrad, Jr.
United States District Judge